NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONNIE A. FORD, JR., DOC #H25867,      )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-3185
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Ronnie A. Ford, Jr., pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and BADALAMENTI, JJ., Concur.